JOHN W. PEPLOE, Respondent, *v.* THOMAS J. CONNORS, Appellant.

APPEAL from a judgment in favor of plaintiff.

P. B. Adams, for appellant.

H. T. Weeks, for respondent.

*Per Curiam.* The record shows that the trial justice found that the plaintiff had done the work in a thorough workmanlike manner, and, therefore, the questions propounded to defendant's experts which were disallowed by the trial justice became immaterial. If the work was, in fact, finished as required by the contract, the questions above referred to were unnecessary.

Present: TRUAX, P. J.; SCOTT and DUGRO, JJ.

Judgment affirmed, with costs.

---

ANTHONY SCHWOERER, Respondent, *v.* JACOB A. ZIMMERMANN, Appellant.

APPEAL from a judgment in favor of plaintiff.

Erdman, Levy & Mayer, for appellant.

Albert L. Phillips, for respondent.

*Per Curiam.* Judgment affirmed, with costs, upon the opinion of the learned trial justice.

Present: TRUAX, P. J.; SCOTT and DUGRO, JJ.

Judgment affirmed, with costs.

---

HENDERSON HILL, Respondent, *v.* JOHN MOEBUS, Appellant.

APPEAL from a judgment in favor of plaintiff.

R. H. Bergman, for appellant.

J. I. Green, for respondent.

*Per Curiam.* Judgment reversed, without costs, and new trial ordered in the Municipal Court in the district in which the action was brought. Tyroler v. Gummersbach, 28 Misc. Rep. 151; Curren v. Roseff, 61 N. Y. Supp. 838; and Bristor v. Flaherty, 30 Misc. Rep. 111.

Present: TRUAX, P. J.; SCOTT and DUGRO, JJ.

Judgment reversed, without costs, and new trial ordered in Municipal Court.